Alan Salpeter (admitted pro hac vice)
Email address: alan.salpeter@kayescholer.com
Bryan Westhoff (admitted pro hac vice)
Email address: bryan.westhoff@kayescholer.com
KAYE SCHOLER LLP
Three First National Plaza; Suite 4200
70 West Madison Street
Chicago, IL 60602-4231

Aton Arbisser (State Bar No. 150496)
Email address: aton.arbisser@kayescholer.com
Oscar Ramallo (State Bar No. 241487)
Email address: oscar.ramallo@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1600
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

Attorneys for Defendants
DeVRY EDUCATION GROUP INC.,
DeVRY UNIVERSITY, INC. and
DeVRY/NEW YORK INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DeVRY EDUCATION GROUP INC., formerly known as DeVry Inc., a corporation;<br><br>DeVRY UNIVERSITY, INC., a California corporation; and<br><br>DeVRY/NEW YORK INC., a corporation;<br><br>Defendants. | Case No. 16-CV-579-MWF-SS<br><br>**INTERIM STIPULATION REGARDING CONFIDENTIAL DOCUMENTS AND INFORMATION** |

Case No.: 16-CV-579-MWF-SS

Plaintiff Federal Trade Commission ("FTC") and Defendants DeVry Education Group Inc., DeVry University, Inc., and DeVry/New York Inc. enter into this Interim Stipulation governing the handling of confidential information produced by the FTC to Defendants until such time as a Protective Order is entered by the Court. This Stipulation is necessary because the FTC's response to Defendants' First Set of Document Requests is due on August 24, 2016. The Parties are currently in the process of negotiating a Protective Order in this matter, which will be submitted to the Court for its approval and which will protect, among other things, confidential information contained in documents produced by the FTC, but such Protective Order will not be finalized and entered by the Court before the FTC's production is due. Therefore, the Parties enter into this Stipulation in order to protect the confidentiality of documents and information that will be produced by the FTC in response to Defendants' First Set of Document Request until such Protective Order has been agreed upon and entered by the Court.

Pursuant to this Stipulation, Defendants agree not to publically file or otherwise publicly disclose any document or information produced by the FTC to Defendants that the FTC designates confidential. Nothing herein shall bar review of such confidential document or information by Defendants' employees, Defendants' outside counsel or retained experts, or those working under such counsel's or expert's supervision who agree not to disclose such confidential document or information to anyone not permitted by this Stipulation to review such confidential document or information.

This Stipulation will be superseded by the aforementioned Protective Order, once it is issued by the Court, at which time this Stipulation will cease to have any further force or effect.

Dated: August 24, 2016

KAYE SCHOLER LLP

By /s/ Bryan Westhoff
Bryan Westhoff

Aton Arbisser
Oscar Ramallo
1999 Avenue of the Stars, Suite 1600
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

Alan Salpeter (admitted pro hac vice)
Bryan Westhoff (admitted pro hac vice)
KAYE SCHOLER LLP
Three First National Plaza; Suite 4200
70 West Madison Street
Chicago, IL 60602-4231

Attorneys for Defendants
DeVRY EDUCATION GROUP INC.,
DeVRY UNIVERSITY, INC. and
DeVRY/NEW YORK INC.


FEDERAL TRADE COMMISSION

By: /s/ 
John D. Jacobs
Christina Tusan

Federal Trade Commission
10877 Wilshire Blvd., Suite 700
Los Angeles, CA 90024
Tel: (310) 824-43
Attorneys for Plaintiff FTC

2

Case No.: 16-CV-579-MWF-SS