1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 16-CV-579-MWF (SSx) |
| Plaintiff, | **ORDER APPROVING INTERIM STIPULATION REGARDING CONFIDENTIAL DOCUMENTS AND INFORMATION** |
| v. | |
| DeVRY EDUCATION GROUP INC., formerly known as DeVry Inc., a corporation; | |
| DeVRY UNIVERSITY, INC., a California corporation; and | Non-Expert Discovery Cutoff: 3/27/17<br>Expert Discovery Cutoff: 9/25/17<br>Pretrial Conference: 2/12/18<br>Trial: 3/13/18 |
| DeVRY/NEW YORK INC., a corporation; | |
| Defendants. | |

## **ORDER**

The Court having considered the parties' Interim Stipulation Regarding Confidential Documents and Information dated August 24, 2016 (the "Interim Stipulation"), and good cause appearing therein, hereby APPROVES the Interim Stipulation. The Stipulation shall be in force until superseded by a Protective Order governing discovery is issued by the Court, at which time the Interim Stipulation will cease to have any further force or effect.

IT IS SO ORDERED.


Dated: August 26, 2016        By: _____/S/_____
                                          Hon. Suzanne H. Segal
                                          UNITED STATES MAGISTRATE JUDGE