# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 16-0579 MWF (SSx) | Date | September 29, 2016 |
|---|---|---|---|
| Title | Federal Trade Commission v. DeVry Education Group, Inc., et al. | | |

Present: The Honorable   SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE

| Marlene Ramirez | CS 9/29/16 | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:

Christina V. Tusan
John David Jacobs
Thomas J. Syta
Tom Dahdouh
Elizabeth Tucci

Attorneys Present for Defendant:

Alan Salpeter
Bryan Westhoff
Philip Giordano

Proceedings:   Settlement Conference

The case is called. Counsel state their appearances on the record. Kenneth Kelly and Tom Van Wazer appeared telephonically. Defendants' representatives, Greg Davis, Lisa Sodeika, Patrick Unizicker, and Therese Nohos are present.

The settlement conference is conducted off the record.

Although all parties participated in good faith, no settlement was reached at this time. The Court encourages the parties to continue settlement discussions. The parties indicated an interest in a second session of the settlement conference. If the parties wish to proceed with a second session, the parties shall contact Marlene Ramirez, Courtroom Deputy Clerk, at (213) 894-3598, or by email, to arrange another session of the settlement conference.

If either party wishes to obtain a transcript of the recording made at the end of the September 29, 2016 session, that party shall contact Judge Segal's Courtroom Deputy Clerk, Marlene Ramirez. The transcript is not to be placed on the docket nor made available directly to any party from the court reporter. No CD or copy of the recording shall be made available, except through Judge Segal's clerk.

11 : 00

Initials of Preparer   mr