# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.    CV 16-00579-MWF (SSx)                              Date: October 26, 2016
                                                                Page 1 of 1

Title:    Federal Trade Commission v. DeVry Education Group, Inc., et al.

DOCKET ENTRY:    **FURTHER SETTLEMENT CONFERENCE**

PRESENT:

**HONORABLE SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE**

| Mel Zavala | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANTS:

  None Present                                              None Present

**PROCEEDINGS: (IN CHAMBERS)**

    The case is called. Counsel and representatives of parties make their appearances. The settlement conference, which took place on October 25 and 26, is conducted off the record.

    The parties participated in good faith, but no settlement was reached. The parties are encouraged to continue settlement discussions. If the parties believe a further settlement conference with Judge Segal would be useful, the parties should contact Marlene Ramirez, courtroom deputy clerk to Judge Segal, to schedule a further conference.

cc: District Judge Michael W. Fitzgerald

MINUTES FORM                                                                        14:00
CIVIL-GEN                                                          Initials of Deputy Clerk  mz